UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:09CR584 HEA |
|  | ) |  |
| TERRENCE ARNETT YARBROUGH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED**, that the trial setting of February 8, 2010, as to Defendant Terrence Arnett Yarbrough is vacated due to the superceding indictment filed February 4, 2010.

Dated this 5th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE